UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| PAUL J HAGEN | |
| Debtor(s) | CASE NO. BKY 05-49696 NCD |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to John R. Stoebner in the amount of $1,473.48, were unclaimed.

CREDITOR:                           CLAIM NUMBER:        AMOUNT:
John R. Stoebner                    10                   $1,473.48
Trustee for Bky Estate Of Paul Hagen
120 South 6th Street, Suite 2500
Minneapolis, MN 55402

ACCOUNT NUMBER:
01-44212

**Jasmine Z. Keller, Trustee**

Dated: December 30, 2010

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

RECEIVED 11 JAN -4 AM 9:27 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

**JASMINE Z. KELLER**
**STANDING CHAPTER 13 TRUSTEE**
District of Minnesota
12 South 6th Street
Suite 310
Minneapolis, MN 55402
Phone (612) 338-7591 Fax (612) 338-4529

December 30, 2010

U.S. BANKRUPTCY COURT
301 U.S. COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415-

Re: PAUL J HAGEN

BKY: 05-49696 NCD

Dear U.S. BANKRUPTCY COURT,

Enclosed herewith please find the Chapter 13 Trustee's check in the sum of $1,473.48 representing payments to John R. Stoebner according to the Chapter 13 plan. These payments were returned by the U.S. post office with the notation: Forwarding order has expires; moved, no forwarding order on file; or addressee unknown. We have looked in the local telephone books, called the creditor at their last known telephone number and looked on the internet for a current address. Further efforts by this office have not produced a current address. Accordingly, will you please deposit these funds with the Clerk's Registry Fund. The funds were refused by the creditor and no transfer of claim was ever filed.

Thank you.

Very truly yours,


/s/ Jody Jayson
Jody Jayson
Closing Clerk

RECEIVED 11 JAN -4 AM 9:27 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN